# The Gewirtz Law Firm
## 500 North Broadway
## Suite 129
## Jericho, New York 11753
## (516) 829-1600 / fax (516) 829-0506
www.tglfny.com

November 15, 2018

*Via ECF*

District Judge Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

      Re:    Damato v. The Stop & Shop Supermarket Company
              Docket No.:   2:17-cv-05567-JMA-AKT

Dear Judge Azrack:

Pursuant to Your Honor's Telephone Settlement Conference of October 11, 2018 (e-filed document no. 20), enclosed please find the treating physician report of Salvatore J. Corso, M.D.

Please be advised that the above-referenced report was emailed and mailed to defendant under cover of *Plaintiff's Disclosure of Treating Physician Pursuant to FRCP* dated November 15, 2018.

If you should have any questions or concerns please do not hesitate to call or email.

                                        Respectfully submitted,

                                        Evan Gewirtz, Esq.

cc:    *By ECF* to Cristine M. Capitolo, Esq.

John J. Leppard, M.D., F.A.A.O.S., F.A.C.S.
*Certificate of Added Qualification in Surgery of the Hand*
Salvatore J. Corso, M.D., F.A.A.O.S.
*Certificate of Added Qualifications in Sports Medicine*
Jeffrey N. Guttman, M.D., F.A.A.O.S., F.A.C.S.
*Certificate of Added Qualifications in Sports Medicine*
Lee M. Kupersmith, M.D., F.A.A.O.S.
Jonathan R. Mallen, M.D., F.A.A.O.S.

John P. Downey, *Administrator*



**ORTHOPAEDIC & SPORTS ASSOCIATES OF LONG ISLAND**

- General Orthopaedics Pediatric & Adult
- Arthroscopy & Sports Medicine
- Ankle & Knee Disorders
- Hand, Upper Extremity & Shoulder
- Hip & Knee Replacement
- Back & Neck Pain
- Physical Therapy
- Pain Management

November 14, 2018

Evan Gewirtz, Esq.
The Gewirtz Law Firm
500 N. Broadway, Suite 129
Jericho, New York 11753

    Re:    Josephine Damato
              D/A: 9/3/17

## HISTORY & EXAMINATIONS

      On September 26, 2018 I had the pleasure of seeing Mrs. Damato at my office in Woodbury, New York for an initial orthopedic evaluation. According to Mrs. Damato, on September 3, 2017 she was walking in a supermarket when a stack of paper towels fell on her, causing her to fall to the ground. She felt tremendous pain to the right side of her body / right hip area and was unable to get up and/or stand on her own. She was removed to St. Francis Hospital by ambulance and was diagnosed with a right hip fracture. The next day she underwent an Open Reduction Internal Fixation surgery and was discharged on September 7, 2017 to a nursing home / rehabilitation facility where she commenced a course of physical and occupational therapy. She had long term physical therapy and injections, but continues to have pain. She has significant trouble walking and is currently still ambulating with a cane. Mrs. Damato states that she was very active prior to her injury.

      My examination of Mrs. Damato's right hip showed a healed surgical incision without signs of infection, tenderness at the greater trochanter, pain with range of motion testing, pain with resisted abduction at the lateral aspect of the hip, positive Trendelenburg test and significant weakness in all planes.

      An x-ray of her right hip was taken on September 26, 2018, which showed that fixating hardware was in excellent position with no evidence of loosening or migration. Moderate degenerative joint disease was also seen on the x-ray.

205 Froehlich Farm Boulevard, Woodbury, N.Y. 11797 • Telephone: (516) 364-0070 • Fax: (516) 364-0242
www.osaliortho.com

Based upon Mrs. Damato's physical complaints, my examination and the x-ray taken on this day my diagnosis/impression was status post right hip intertrochanteric fracture, displaced intertrochanteric fracture of the right femur, and trochanteric bursitis. In order to relieve the pain that Mrs. Damato was experiencing, I performed a right hip trochanteric bursa corticosteroid injection, and recommended NSAIDS (Nonsteroidal Anti-Inflammatory Drugs), as well as periodic rest, ice, compression, and elevation of the injured/inflamed extremity.

Mrs. Damato next presented to my office on October 7, 2018 for a follow up evaluation. Mrs. Damato stated that she had some initial relief with the September 26th cortisone injection but her pain slowly worsened and is still having trouble ambulating. My examination of Mrs. Damato's right hip revealed a surgical incision healed without signs of infection, tenderness at the greater trochanter, pain with range of motion testing (pain is noted with resisted abduction at the lateral aspect of the hip), appreciable hip instability, positive Trendelenburg test and diffuse weakness in all planes.

Based upon Mrs. Damato's physical complaints and my examination on this day, my diagnosis/impression was status post Open Reduction and Internal Fixation right hip intertrochanteric fracture; displaced intertrochanteric fracture of the right femur; and trochanteric bursitis. Additionally, in light of the fact that prior cortisone injections only provided minimal, temporary relief, it is medically recommended that Mrs. Damato undergo platelet rich plasma ("PRP") injection into the right hip.

Mrs. Damato last presented to my office on October 24, 2018 for the ("PRP") injection. She was still complaining of increased hip pain. Prior to performing the PRP injection, I performed a physical examination of Mrs. Damato, which revealed a surgical incision healed without signs of infection, tenderness at the greater trochanter, pain with range of motion testing (pain is noted with resisted abduction at the lateral aspect of the hip), no appreciable hip instability, positive Trendelenburg test and diffuse weakness in all planes.

I then administered the PRP injection under ultrasonic guidance. Mrs. Damato tolerated the procedure well and there were no complications during the procedure.

Based upon Mrs. Damato's physical complaints and my multiple physical examinations of Mrs. Damato, my final diagnosis/impression was status post Open Reduction and Internal Fixation right hip intertrochanteric fracture; displaced intertrochanteric fracture of the right femur; and trochanteric bursitis.

## REVIEW OF DOCUMENTS

I reviewed the following medical records and incorporated them into this medical report:

St. Francis Hospital

As per the St. Francis Hospital records, Mrs. Damato arrived by ambulance on September 3, 2017, where she denied any loss of consciousness and complained of right hip pain and severe right groin pain. It was noted that she had a prior history of osteoporosis. Upon examination, it was noted that "the right hip is noted to be shortened and externally rotated and markedly tender to palpation." An x-ray was taken of Mrs. Damato's right hip which showed a displaced right peritrochanteric hip fracture.

On September 4, 2017, while at St. Francis Hospital, orthopedic surgeon, William Long, M.D., performed an Open Reduction and Internal Fixation, Right Hip with IM Nail, Short Locked. Dr. Long's preoperative diagnosis was a right hip pertrochanteric fracture, comminuted, displaced, his intraoperative finding was a right hip pertrochanteric fracture, comminuted, displaced and his post-op diagnosis was a right hip pertrochanteric fracture, comminuted, displaced.

On September 7, 2017 Mrs. Damato was discharged to Ozanam Hall of Queens Nursing Home /Rehabilitation Facility.

Ozanam Hall of Queens Nursing Home

Mrs. Damato was admitted to Ozanam Hall of Queens Nursing Home on September 7, 2017 and discharged on October 13, 2017. At the time of her discharge Mrs. Damato was using a "rolling walker" to walk.

At the time of her discharge, Mrs. Damato's Physical Therapist noted that Mrs. Damato had been receiving restorative physical therapy and was independent in bed mobility, transferred with a rolling walker independently, ambulated 250 feet with rolling walker independently on level surfaces/carpet, and ascended/descended 15-20 steps with rail close supervision. The physical therapist recommended home safety evaluation and homecare physical therapy for progressive ambulation.

Furthermore, at the time of her discharge, Mrs. Damato's Occupational Therapist noted that Mrs. Damato had participated in restorative Occupation Therapy was now able to participate/ complete all of her daily tasks such as dressing, toileting and hygiene/grooming with independence. The Occupation Therapist recommended home occupational therapy evaluation to identify environmental hazards and barriers. .

Additionally, upon discharge Mrs. Damato was instructed to follow up with her primary care physician within 7-14 days of discharge and continue follow up orthopedic care.

William Long, M.D.

As per Dr. Long's records, Dr. Long's first encounter with Mrs. Damato after this accident was September 4, 2017 at St. Francis Hospital. The history given to Dr. Long at that time was that Mrs. Damato was in a grocery store and a stand of paper fell on her head. She fell to the ground and felt a crack to her hip. As noted earlier, Dr. Long performed Mrs. Damato's Open Reduction and Internal Fixation surgery on September 4, 2017. The operative report in Dr. Long's file mirrors that report found in St. Francis Hospital medical records.

Based on the medical records provided, Mrs. Damato presented to Dr. Long for follow up evaluation on multiple occasions from September 28, 2017 through September 13, 2018 as follows:

September 28, 2017: Mrs. Damato was doing well but was scared to place weight on her leg. An x-ray taken that day showed a healing Open Reduction and Internal Fixation of the right hip with nails in place. Dr. Long suggested that she continue with physical therapy at the rehabilitation facility.

October 26, 2017: Mrs. Damato was feeling a little better, was discharged from Ozanam Hall Rehabilitation and was now doing physical therapy at home. Dr. Long provided a disability letter stating that she was not able to travel during the months of December 2017 and January 2018 and prescribed physical therapy 3x per week for 12 weeks.

December 7, 2017: Mrs. Damato was now getting pain in her right knee. Dr. Long stated that there is no question that she might have injured her knee at the same time as she injured her hip. She also has some edema down her right ankle. She was using a cane and was progressing with therapy. On examination she could internally and externally rotate but continued to have pain with resisted forward flexion. Dr. Long's diagnosis was right knee strain status post fall and possible meniscal tear; right knee strain, mild degenerative joint disease ("DJD"), and right hip status post intertrochanteric fracture. Dr. Long gave her another prescription for physical therapy 3x per week for another 12 weeks.

January 11, 2018: Mrs. Damato still had some pain in the lateral side. On examination she displayed weak hip flexion but could otherwise abduct and adduct well. An x-ray taken that day showed an intertrochanteric fracture with maintained hardware position. According to Dr. Long, she did sustain a fracture through the base of the lesser trochanter, which would contribute to the weakness in forward flexion. Based upon the above, Dr. Long's diagnosis was right hip and lumbar radiculopathy. Dr. Long gave her another prescription for physical therapy 3x per week for another 12 weeks and to follow up in 3 months' time.

February 15, 2018: Mrs. Damato was progressing very well. She was now forgetting her cane, was able to drive, was playing bridge and doing physical therapy. On examination she displayed weakness with hip flexion. She was to continue with physical therapy and follow up in 2 months' time.

March 15, 2018: Mrs. Damato continued to have right hip pain and was now getting lateral pain. The pain was worse with activity. On examination Mrs. Damato had tenderness over the greater trochanter. An x-ray taken that day showed the lesser trochanter fragment which is proximally migrated, but the remainder of the fracture appears well positioned. Based upon Dr. Long's examination and x-ray review, Dr. Long referred her for a CT Scan to rule out a delayed or nonunion.

June 14, 2018: Mrs. Damato was doing much better. She was walking without walking aids, had less pain, and on examination, she had good strength but was still weak in abduction. An x-ray taken that day showed more sclerosis along the intertrochanteric line. The lesser trochanter had not changed and there were no signs of collapse in the femoral head.

September 6, 2018: Mrs. Damato complained of pain in the groin and down the thigh. It was worse with lifting the hip, prolonged sitting and walking. Due to the aforementioned she had difficulty with activities of daily living. On examination she did have pain with flexion beyond 100 degrees and had pain with internal and external rotation. Dr. Long recommended that Mrs. Damato have another MRI of the right hip and to continue with physical therapy.

September 13, 2018: Mrs. Damato complained of right hip pain and was back to using a cane. On examination she did have tenderness over the greater trochanter and pain with resisted forward flexion. An MRI of the right hip was taken on September 6, 2018 at St. Francis Diagnostic utilizing metal reduction sequencing. The findings of the MRI, as per the St. Francis Diagnostic radiologist, were:

- In the bone: There is medial displacement of the lesser trochanter. There is no evidence of medullary signal abnormality or periostitis to suggest acute fracture. There is no MR evidence of osteonecrosis. Partially images sacroiliac joints demonstrate normal signal. Hypertrophic changes are seen at the pubic symphysis;

- In the tendon: Iliopsoas tendon remains in continuity with the displaced lesser trochanter fracture fragment. There is a high grade partial tear involving the lateral insertional fibers of the gluteus medius tendon. The posterolateral fibers of the gluteus medius and gluteus minimus tendons are intact. There is tendinosis of the hamstring tendons with superimposed low-grade partial tearing. The adductor muscles demonstrate normal gate.

Based upon the above, the St. Francis Diagnostic radiologist's impression was high grade partial tear involving the lateral insertional fibers of the gluteus medius tendon.

On September 13, 2018, based upon Mrs. Damato's complaints, Dr. Long's 9/13/18 physical examination and the recent MRI findings, Dr. Long performed a cortisone injection under ultrasound guidance.

Upon information and belief, Mrs. Damato has not presented to Dr. Long since her last examination and cortisone injection of September 13, 2018.

Catholic Home Care
Mrs. Damato had home physical therapy from October 13, 2017 through October 31, 2017.

Advanced Internal Medicine Group, P.C. / Craig Grobman, M.D.
On October 17, 2017, Mrs. Damato presented to her primary care physician, Craig Grobman, M.D., for a referral for a physical therapist in her neighborhood when she completed her course of home physical therapy. Dr. Grobman noted that Mrs. Damato complained of mild pain with flexion of hip and knee, but improved with acetaminophen 1000 mg.

On December 18, 2017, Mrs. Damato again presented to Dr. Grobman for her annual well visit. Mrs. Damato stated that her right leg pain post surgery has improved and was walking with the use of a cane and/or walker, but still had some pain when moving around.

Zelik Ziegelbaum, RPT
Once Mrs. Damato completed her course of home physical therapy, she had therapy at this location from October 31, 2017 through January 3, 2018. In total, Mrs. Damato had physical therapy on 14 occasions within a two month period.

St. Francis Diagnostic
On March 15, 2018, based upon the recommendation / referral of Dr. Long, Mrs. Damato presented to St. Francis Diagnostic for a CT of her right hip, which revealed "right hip fixation hardware as above. No CT evidence for hardware complication. Minimal osseous bridging at the fracture site is seen laterally with persistent defect seen medially. Minimal subcutaneous emphysema lateral to the hardware raises question of recent procedure. Clinical correlation is recommended."

RYC Orthopaedic / Craig M. Capeci, M.D.
On April 12, 2018, Mrs. Damato presented to Dr. Capeci with complaints of right hip pain. The history provided by Dr. Capeci noted that Mrs. Damato was a 79 year old female who presented for evaluation of her right hip pain. Post accident she had a right hip cervical medullar narrowing performed at St. Francis Hospital. She went to rehabilitation for 5 weeks. She ambulated since then and has been rehabilitating her hip for the last eight months. She has done physical therapy. She had persistent pain throughout the hip areas, which was not improving with time and therapy. Pain was both in the groin and over the lateral hip. She had a greater trochanteric lateral hip injection, which helped for a few hours and then wore off. She currently walks with a cane. Prior to the hip fracture she was not walking with any assistive device.

Upon a physical examination, Dr. Capeci noted that she was a thin elderly woman. She was in mild distress and walked with a slight antalgic gait on the right side. She had positive Trendelenburg sign on the right. She had exquisite tenderness in multiple areas around the hip including anteriorly around the anterior musculature as well as laterally over the trochanter and over the buttock. Her range of motion in the hip was well-preserved with flexion to 95 degrees, internal rotation 15 degrees, and external rotation 35 degrees. She also had pain with bringing the hip from flexion down to extension with pain in the groin. She has healed scars on the lateral hip and leg.

X-rays taken on April 12, 2018 of the pelvis AP as well as right hip AP and lateral demonstrated a cephalomedullary nail in place with a healed intertrochanteric fracture. There was a superior osseous fragment located at the anteroinferior femoral neck, likely a non-united fracture fragment or heterotopic ossification. Again, visualized is the large non-united fracture fragment.

Based upon the examination and x-rays, Dr. Capeci's assessment was chronic right hip pain in the setting of hip fracture and cephalomedullary nailing. Based on Dr. Capeci's records, Dr. Capeci explained to Mrs. Damato that most people can be healing from a hip fracture for up to 1-2 years and never return to their prior level of function. Dr. Capeci told her she may want to consider an ultrasound-guided injection of her iliopsoas to alleviate some of the discomfort or some of this may be a mechanical pain from the displaced fragment. He also recommended that she consult with a trauma surgeon.

On September 20, 2018, Mrs. Damato again presented to Dr. Capeci. On this date, Mrs. Damato complained of significant right hip pain in the groin and laterally. A physical examination showed that she had positive Trendelenburg sign on the right, she had significant tenderness throughout the hip and feeling anteriorly, laterally and medially, and her range of motion is flexion 95 degrees, internal 15 degrees, and external 35 degrees. Additionally, Mrs. Damato also had significant pain bringing the hip from flexion down to extension.

Dr. Capeci reviewed the right hip MRI taken on September 6, 2018 (*see Dr. Long's September 13, 2018 entry above*) which he noted demonstrated iliopsoas tenderness in continuity displaced lesser trochanteric fracture fragment and a high grade partial tear of the gluteus medius tendon.

Based upon the above, Dr. Capeci's assessment was chronic right hip pain status post intertrochanteric fracture fixation with lesser trochanter nonunion. Dr. Capeci recommended that Mrs. Damato be examined by an orthopedic traumatologist to consider possible treatments including injections or other modalities.

## SUMMARY AND CONCLUSIONS

As a direct result of the accident of September 3, 2017, Mrs. Damato sustained significant injuries to her right hip, including a right hip pertrochanteric comminuted and displaced fracture necessitating Open Reduction and Internal Fixation surgery with IM Gamma Nail, which resulted in a displaced lesser trochanteric fracture fragment, trochanter nonunion. She also sustained a high grade partial tear of the gluteus medius tendon. Additionally, due to the mechanism of the traumatically induced injury to the injured area, there is a weakening of the supportive tissue causing permanent structural and functional alteration of the ligamentous and muscular fibers of those supportive structures.

It is my professional opinion with a reasonable degree of medical certainly that Mrs. Damato's significant limitation of use of the injured areas are the direct result of Mrs. Damato's injuries which are casually related to the accident of September 3, 2017. Moreover, it is my professional opinion with a reasonable degree of medical certainty that Mrs. Damato has sustained a permanent disability causally related to the accident of September 3, 2017. Her injuries are permanent in nature and will require periodic medical supervision and short term physical therapy treatments are indicated. Should Mrs. Damato's hip pain continue to persist and/or worsen, the next step would be evaluation by an orthopedic traumatologist to consider possible surgical intervention, including total hip replacement, and pain management intervention, including long-term physical therapy and possibly further medications, including non-steroidal anti-inflammatories. The cost of the future medical evaluations and treatment could amount to $400,000.00.

My opinion is based upon the history provided by Mrs. Damato, as well as my physical examination(s) and treatment of Mrs. Damato, my review of Mrs. Damato's medical records, including but not limited to X-rays, CT Scans, MRI films, the operative report, and other medical records in this case.

I, Salvatore J. Corso, M.D., being a physician duly licensed to practice in the State of new York, under penalties of perjury, pursuant to CPLR Section 2106, do hereby affirm the contents of the foregoing report.

Very truly yours,

Salvatore Corso, M.D.